# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOSHUA SADLER

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

14-639-SDD-EWD

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated February 26, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Petitioner's application for *habeas corpus* is denied, and this proceeding is dismissed with prejudice. It is further ordered that, in the event that Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Baton Rouge, Louisiana the 22 day of March, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.